**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02401-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

GERALD ZACHARY HAMMOND,

      Plaintiff,

v.

CAPT. KRICKIE,
HENRY, Nurse Supervisor, AND
GARY WILSON, Director of Corrections,

      Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

      Plaintiff has submitted *pro se* a Prisoner's Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.  As part of the court's

review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the documents

are deficient as described in this order.  Plaintiff will be directed to cure the following if

he wishes to pursue his claims.  Any papers that Plaintiff files in response to this order

must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __     is not submitted
(2)   __     is missing affidavit
(3)   <u>xx</u>     is missing certified copy of prisoner's trust fund statement for the 6-month
                 period immediately preceding this filing (<u>account statement submitted is</u>
                 <u>not certified by a jail official and does not cover the entire 6-month period</u>
                 <u>immediately preceding the filing of the complaint</u>)
(4)   __     is missing certificate showing current balance in prison account
(5)   __     is missing required financial information
(6)   __     is missing an original signature by the prisoner

(7)  \_\_  is not on proper form (must use the court's current form)
(8)  \_\_  names in caption do not match names in caption of complaint, petition or
        habeas application
(9)  \_\_  other: _____

**Complaint, Petition or Application**:
(10)  \_\_  is not submitted
(11)  \_\_  is not on proper form (must use the court's current Prisoner form)
(12)  \_\_  is missing an original signature by the prisoner
(13)  \_\_  is missing page nos. \_\_\_
(14)  \_\_  uses et al. instead of listing all parties in caption
(15)  \_\_  names in caption do not match names in text
(16)  \_\_  addresses must be provided for all defendants/respondents in "Section A.
        Parties" of complaint, petition or habeas application
(17)  \_\_  other: _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty (30)**

**days from the date of this order**.  Any papers that Plaintiff files in response to this

order must include the civil action number on this order.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency

**within thirty (30) days from the date of this order**, the complaint and the action will

be dismissed without further notice.  The dismissal shall be without prejudice.

DATED September 11, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge

2