IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02401-BNB

GERALD ZACHARY HAMMOND,

    Plaintiff,

v.

CAPT. KRICKIE,
HENRY, Nurse Supervisor, and
GARY WILSON, Director of Corrections,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Gerald Zachary Hammond, initiated this action by filing *pro se* a Prisoner Complaint. On October 1, 2012, Magistrate Judge Boyd N. Boland entered an order directing Mr. Hammond to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Mr. Hammond was warned that the complaint and the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

    On October 15, 2012, the copy of Magistrate Judge Boland's October 1 order that was mailed to Mr. Hammond at the address he provided was returned to the Court undelivered. On October 22, 2012, after Mr. Hammond filed a notice of change of address on October 18, 2012, Magistrate Judge Boland entered a minute order directing the clerk of the Court to mail to Mr. Hammond at his new address a copy of the order directing him to file an amended complaint.

Mr. Hammond has failed within the time allowed to file an amended complaint and failed to respond to the order directing him to file an amended complaint in any way. Therefore, the Prisoner Complaint and the action will be dismissed.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed within the time allowed to file an amended complaint as directed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  29th  day of    November   , 2012.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court