IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02401-LTB

GERALD ZACHARY HAMMOND,

    Plaintiff,

v.

CAPT. KRICKIE,
HENRY, Nurse Supervisor, and
GARY WILSON, Director of Corrections,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 29, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 29 day of November, 2012.

                          FOR THE COURT,

                          JEFFREY P. COLWELL, Clerk

                          By: s/L. Gianelli
                               Deputy Clerk